IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREXEL, INC.<br><br>                 Plaintiff,<br><br>v.<br><br>MASTER INDUSTRIES, INC.,<br><br>                 Defendant. | Civil Action No.<br><br>05 11599 RCL<br>RECEIPT #_____<br>AMOUNT $_____<br>SUMMONS ISSUED  1<br>LOCAL RULE 4.1 —<br>WAIVER FORM _____<br>MCF ISSUED_____<br>BY DPTY. CLK. M.P.<br>DATE 7/29/2005 |

MAGISTRATE JUDGE _____

## COMPLAINT AND JURY DEMAND

1.      Plaintiff Trexel, Inc. ("Trexel") is a Massachusetts corporation having a primary place of business at 45 Sixth Road, Woburn, MA 01801.

2.      Defendant Master Industries, Inc. ("Master") is an Ohio corporation with a principal place of business at 1712 Commerce Drive, Piqua, OH 45356-2694.

3.      This is an action for patent infringement arising under 35 U.S.C. §1 et. seq. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332, and 1338(a).

4.      Trexel develops and commercializes microcellular foaming processes for polymeric materials. Trexel's MuCell® process is used to produce injection molded and extruded products worldwide, which can result in significant cost savings and quality improvements over conventional polymeric material processes.  Trexel is the owner of an extensive portfolio of patents and pending patent applications, in the United States, Europe, and other leading markets worldwide, directed to various aspects of microcellular foam technology.

1

5. Upon information and belief, Master provides precision molded products to the automotive, industrial, aerospace, environmental, medical and emergency equipment markets, and has acquired and used an Optifoam® system for producing foamed plastic parts.

## COUNT I

6. Trexel is the owner by assignment of all right, title and interest in and to United States Patent No. 6,884,823 (the "'823 Patent"), issued on April 26, 2005.

7. Trexel has the right to sue for infringement of the '823 Patent.

8. Master has infringed and is continuing to infringe the '823 Patent, by making, selling, offering to sell, and/or using within, or importing into, the United States articles covered by the '823 Patent.

9. Master's infringement of the '823 Patent is and has been willful, has caused and will continue to cause Trexel to suffer substantial damages, and has caused and will continue to cause Trexel to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT II

10. Trexel is the exclusive licensee of United States Patent No. RE37,932 (the "'932 Patent"), issued on December 10, 2002.

11. Trexel has the right to sue for infringement of the '932 Patent.

12. Master has infringed and is continuing to infringe the '932 Patent, by using systems covered by that Patent within the United States.

13. Master's infringement of the '932 Patent is and has been willful, has caused and will continue to cause Trexel to suffer substantial damages, and has caused and will continue to cause Trexel to suffer irreparable harm for which there is no adequate remedy at law.

### COUNT III

14. Trexel is the exclusive licensee of United States Patent No. 5,158,986 (the "'986 patent"), issued on October 27, 1992

15. Trexel has the right to sue for infringement of the '986 Patent.

16. Master has infringed and is continuing to infringe the '986 Patent, by making, selling, offering to sell, and/or using within, or importing into, the United States articles covered by that Patent and/or by practicing methods covered by those patents and/or importing articles made by methods covered by that Patent.

17. Master's infringement of the '986 Patent is and has been willful, has caused and will continue to cause Trexel to suffer substantial damages, and has caused and will continue to cause Trexel to suffer irreparable harm for which there is no adequate remedy at law.

For the above reasons, Plaintiff Trexel requests that this Court:

A. Enter judgment that Master has infringed the '823, '932, and '986 Patents;

B. Enjoin Master and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for it or on its behalf, or acting in concert or privity with it, from further infringement of the '823, '932, and '986 Patents;

    C.    Award Trexel compensatory damages pursuant to 35 U.S.C. § 284;

    D.    Award Trexel treble damages for willful infringement pursuant to 35 U.S.C. § 284;

    E.    Award Trexel its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

    F.    Award Trexel costs and such other relief as the Court determines to be warranted.

<u>Jury Demand</u>

THE PLAINTIFF DEMANDS A TRIAL BY JURY.

Respectfully submitted,

TREXEL, INC.

July 29, 2005    by: _____
Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)  TREXEL, INC. V. MASTER INDUSTRIES, INC.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☐  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.   150, 152, 153.

   05-11599 RCL

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐    NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐    NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  MICHAEL A. ALBERT, ESQ.
ADDRESS  WOLF, GREENFIELD & SACKS, P.C., 600 ATLANTIC AVE., BOSTON, MA 02210
TELEPHONE NO.  (617) 646-8000

(CategoryForm.wpd - 5/2/05)

※JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TREXEL, INC.

### DEFENDANTS
MASTER INDUSTRIES, INC.

(b) County of Residence of First Listed Plaintiff  Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael A. Albert, Wolf Greenfield & Sacks, P.C.
600 Atlantic Avenue, Boston, MA 02210 (617) 646-8000

Attorneys (If Known)
05 11599 RCL

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE  July 29, 2005
SIGNATURE OF ATTORNEY OF RECORD  /s/ Michael A. Albert

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____