AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

TREXEL, INC.

V.

MASTER INDUSTRIES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 11599 RCL

TO: (Name and address of Defendant)

MASTER INDUSTRIES, INC.
1712 COMMERCE DRIVE
PIQUA, OH 45356

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL A. ALBERT, ESQ.
WOLF GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    JUL 29 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 15, 2005 |
| NAME OF SERVER (PRINT) Paula A. Blosser | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Dusty Bowser @ 4:50 p.m.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 16, 2005       Paula A. Blosser
               Date                    Signature of Server

124 E Third St Ste 400
Address of Server
Dayton, Ohio 45402

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.