IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREXEL, INC.<br><br>               Plaintiff,<br><br>v.<br><br>MASTER INDUSTRIES, INC.,<br><br>               Defendant. | Civil Action No. 05-cv-11599 RCL |

## **REQUEST FOR DEFAULT**

Plaintiff, Trexel, Inc., respectfully requests that this Court enter a default against Defendant Master Industries, Inc. Plaintiff filed its Complaint in this suit on July 29, 2005, and served Defendant with the Complaint on August 15, 2005. Defendant's answer was thus due on September 6, 2005. Defendant has not filed an answer, a responsive pleading, or otherwise appeared, and thus a default should be entered pursuant to Fed. R. Civ. P. 12(a)(1)(A) and 55(a).

Proof of service of the Complaint (D.I. 2) is attached as Exhibit 1 for the Court's convenience.

                                             Respectfully submitted,

                                             TREXEL, INC.

September 14, 2005                    by:   /s/ Adam J. Kessel
                                             Michael A. Albert, BBO # 558566
                                             James J. Foster, BBO # 553285
                                             Adam J. Kessel, BBO # 661211
                                             WOLF, GREENFIELD & SACKS, P.C.
                                             600 Atlantic Avenue
                                             Boston, MA 02210
                                             (617) 646-8000

# EXHIBIT 1

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of _____ MASSACHUSETTS

TREXEL, INC.

V.

MASTER INDUSTRIES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 11599 RCL

TO: (Name and address of Defendant)

MASTER INDUSTRIES, INC.
1712 COMMERCE DRIVE
PIQUA, OH 45356

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL A. ALBERT, ESQ.
WOLF GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   JUL 29 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 15, 2005 |
| NAME OF SERVER *(PRINT)* <br> Paula A. Blosser | TITLE <br> Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Dusty Bowser @ 4:50 p.m.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 16, 2005
*Date*

*Signature of Server*   Paula A. Blosser

*Address of Server*   124 E Third St Ste 400
Dayton, Ohio 45402

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.