UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TREXEL, INC.**

**V.**                                                     CIVIL ACTION NO. 05-11599-RCL

**MASTER INDUSTRIES, INC.**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **Trexel, Inc.**, for order of Default for failure of the defendant, **Master Industries, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 15th day of September, 2005.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
September 15, 2005                                         Deputy Clerk