AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

TREXEL, INC.
    Plaintiff,

v.

MASTER INDUSTRIES, INC.
    Defendant.

**APPEARANCE**

Case Number: 05-CV-11599 RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Master Industries, Inc., Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/30/2005 | *William C. Scofield* (signature) |
| Date | Signature |
| | William A. Scofield, Jr.     #448940 |
| | Print Name     Bar Number |
| | Lahive & Cockfield, LLP, 28 State Street |
| | Address |
| | Boston    MA    02109 |
| | City    State    Zip Code |
| | (617) 227-7400    (617) 742-4214 |
| | Phone Number    Fax Number |