IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TREXEL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-11599 RCL |
| | ) | |
| MASTER INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT REQUEST TO LIFT DEFAULT AND STIPULATION
REGARDING JURISDICTION, VENUE, AND ANSWER**

Plaintiff, Trexel, Inc. ("Trexel") and Defendant Master Industries, Inc. ("Master"), herewith jointly request and stipulate that:

1. The default against Master entered by the Court on September 15, 2005 (Docket #4) shall be lifted;

2. Trexel herewith withdraws its Motion for Default Judgment and Proposed Permanent Injunction Order (Docket #5);

3. Master expressly waives any challenge, pursuant to Fed. R. Civ. P. 12 or otherwise, to personal jurisdiction, service, or venue. Master further stipulates that it will not move to transfer this case for any reason, and will not move to dismiss this case for any reason relating to personal jurisdiction, service, or venue;

4. The parties agree and stipulate that Master's deadline to file its Answer to the Complaint shall be extended to twenty (20) days from the date hereof, i.e. to October 20, 2005.

|  |  |
|---|---|
| TREXEL, INC. | Respectfully submitted,<br><br>MASTER INDUSTRIES, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Michael A. Albert<br>Michael A. Albert, BBO #558566<br>James J. Foster, BBO #553285<br>Adam J. Kessel, BBO #661211<br>WOLF, GREENFIELD & SACKS, P.C<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 646-8000 | /s/William A. Scofield, Jr.<br>William A. Scofield, Jr., BBO #448940<br>LAHIVE & COCKFIELD, LLP<br>28 State Street<br>Boston, Massachusetts 02109-1784<br>(617) 227-7400<br><br>Of Counsel:<br><br>Edwin Acheson, Jr.<br>FROST BROWN TODD LLC<br>201 East Fifth Street<br>P.O. Box 5715<br>Cincinnati, OH 45201-5715<br>(513) 651-6800 |

Dated:    September 30, 2005

SO ORDERED:

*[signature]*
Reginald C. Lindsay
United States District Judge