UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TREXEL, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-11599 RCL |
| | ) | |
| MASTER INDUSTRIES, INC. | ) | |
|     Defendant. | ) | |

### MOTION TO ADMIT *PRO HAC VICE* EDWIN R. ACHESON, JR.

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Edwin R. Acheson, Jr. of Frost Brown Todd LLC, 201 East Fifth Street, Cincinnati, OH 45202, be admitted to appear on behalf of defendant Master Industries, Inc. and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel represents the following:

1. Mr. Acheson is and has been a member in good standing of the bar of the State of Ohio since 1989;

2. There are no disciplinary proceedings pending against Mr. Acheson as a member of the bar in any jurisdiction;

3. Mr. Acheson has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4. In further support of this motion, Mr. Acheson has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

- 2 -

WHEREFORE, the undersigned counsel respectfully requests Mr. Acheson's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

MASTER INDUSTRIES, INC.
By its attorneys,

/s/William A. Scofield, Jr.
William A. Scofield, Jr., BBO #448940
LAHIVE & COCKFIELD LLC
28 State Street
Boston, MA 02109
(617) 227-7400

Dated: November 10, 2005

### CERTIFICATE OF SERVICE

I, William A. Scofield, Jr., hereby certify that on November 10, 2005, I caused a copy of this document to be delivered to counsel of record via the Court's electronic filing system.

/s/William A. Scofield, Jr.
William A. Scofield, Jr.

# CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Edwin R. Acheson, Jr., hereby certify that:

1. I was admitted to the bar of Ohio in 1989 and admitted to practice in the United States District Courts for the Southern District of Ohio in 1991 and the bar of Indiana in 1982.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

Edwin R. Acheson, Jr.
Frost Brown Todd LLC
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6708

*Edwin R. Acheson*
Edwin R. Acheson, Jr.

Dated: November 10, 2005