IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREXEL, INC.<br><br>           Plaintiff,<br><br>v.<br><br>MASTER INDUSTRIES, INC.<br><br>           Defendant. | Civil Action No.: 05-11599 RCL<br><br>STIPULATED<br>DISMISSAL |

The Court, having been advised that the parties have resolved their claims in this Action and have entered into a Settlement Agreement, it is hereby ORDERED that this action, and all claims and counterclaims therein, are dismissed with prejudice as to infringement which occurred prior to the Effective Date of the Settlement Agreement, and without prejudice as to any infringement which occurs subsequent to the Effective Date of the Settlement Agreement.  Each party is to bear its own costs, expenses and attorneys fees.  This Court shall retain jurisdiction for the purposes of enforcement of the Settlement Agreement.

IT IS SO ORDERED.

_____           _____
Date                                                                       United States District Judge

/s/ James J. Foster_____            /s/ William A. Scofield, Jr._____
Attorneys for Plaintiff                                     Attorneys for Defendant

Michael A. Albert, BBO # 558566              William A. Scofield, Jr., BBO # 448940
James J. Foster, BBO # 553285                  LAHIVE & COCKFIELD, LLC
Adam J. Kessel, BBO # 661211                  28 State Street
WOLF, GREENFIELD & SACKS, P.C.        Boston, MA 02109
600 Atlantic Avenue                                      Tel: (617) 227-7400
Boston, MA 02210
Tel: (617) 646-8000                                      David E. Schmit, Esq.
Fax: (617) 646-8646                                     Edwin R. Acheson, Jr., Esq.
                                                                       FROST BROWN TODD LLC
                                                                       201 East Fifth Street
                                                                       220 PNC Center
                                                                       Cincinnati, OH 45202
                                                                       Tel. (513) 651-6800

1006473.1